IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:15-CR-00049-KDB-DCK-1

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| SHANNON MARIE WILLIAMS GREENE | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant Shannon Marie Williams Greene's *pro se* renewal motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018. (Doc. No. 33). Having carefully reviewed the Defendant's motion and all other relevant portions of the record, the Court will deny the motion without prejudice to a renewed motion properly supported by evidence and after exhaustion of her administrative remedies.

Defendant's previous motion for compassionate release was denied for failure to properly support it with evidence and failure to exhaust her administrative remedies within the Bureau of Prisons as required under 18 U.S.C. § 3582(c)(1)(A). According to the BOP website, FCI Alderson, currently has one confirmed active inmate case at the facility, no deaths at FCI Alderson have resulted from COVID-19, and the 13 inmates who previously tested positive have recovered. Given these conditions, the Court finds no reason to disturb its prior ruling requiring Defendant to exhaust her administrative remedies within the BOP before petitioning this Court for relief. (Doc. Nos. 32). It appears that the Defendant currently has an appeal before the Central Office dated February 15, 2021. *Id.* at 13. This Court has previously

addressed the Defendant's requests and the Defendant presents no new evidence that would change the Court's prior ruling.

**IT IS, THEREFORE, ORDERED**, that the Defendant's *pro se* renewal motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018, (Doc. No. 33), is **DENIED** without prejudice to a renewed motion properly supported by evidence and after exhaustion of her administrative remedies.

**SO ORDERED.**

Signed: February 23, 2021

Kenneth D. Bell
United States District Judge